# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**RICHARD J. SCHMITZ,**

        Plaintiff,

**Case No. 05-C-369**

-vs-

**CANADIAN PACIFIC RAILWAY CO.,**
**d/b/a SOO LINE RAILROAD CO.,**
**a corporation,**

        Defendant.

## ORDER

Based upon the foregoing Stipulation by and between the parties hereto, and now upon the motion of Godfrey, Braun & Frazier, LLP;

**IT IS HEREBY ORDERED** that the above-entitled action, Case No. 05-C-369, and all claims for relief contained therein shall be and the same hereby are dismissed upon the merits, with prejudice and without costs.

Dated at Milwaukee, Wisconsin, this 4th day of January, 2007.

        **SO ORDERED,**

        **s/ Rudolph T. Randa**
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**